MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: acadia.senese@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODERICK MENDOZA-MAGGAY, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 12-0880 YGR <br><br> ORDER GRANTING STIPULATION TO CONTINUE EVIDENTIARY HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: May 29, 2013 <br> Time: 9:30 a.m. |

The above-captioned matter is set on May 29, 2013 before this Court for an evidentiary hearing on a defense motion to suppress that has been fully briefed by the parties. However, a witness required by both the government and the defense is not available on that day because he will be out of the country. Additionally, counsel for the defendant is unavailable for three weeks in June. The earliest available date on which the parties, witnesses, and the Court is available is July 11, 2013 at 9:30 a.m.. Accordingly, the parties hereby stipulate to continue the evidentiary hearing from May 29, 2013 to July 11, 2013.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the failure to grant this continuance would unreasonably deny defendant continuity of counsel.

STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING
CR 12-0880 YGR

1 | Additionally, the parties agree that time may be excluded based on the Court's consideration of
2 | the pending motion to suppress. Accordingly, the parties agree that the period of time from May
3 | 29, 2013 until July 11, 2013 should be excluded in accordance with the provisions of the Speedy
4 | Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of defense counsel and
5 | pursuant to § 3161(h)(1)(D) based on the Court's consideration of the pending defense motion.

7 | DATED: May 23, 2013                    Respectfully submitted,

8 |                                         MELINDA HAAG
                                            United States Attorney

10|                                         _____/s/_____
                                            ACADIA L. SENESE
                                            Assistant United States Attorney

13| DATED: May 23, 2013                    _____/S/_____
                                            ANGELA M. HANSEN
                                            Assistant Federal Public Defender

14| //

STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING
CR 12-0880 YGR

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a material witness will be out of the country on the currently scheduled hearing date;

2. Given that counsel for the defendant is unavailable for three weeks in June; and

3. Given the parties agreement that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial.

Based on these findings, IT IS HEREBY ORDERED that the hearing date of May 29, 2013, scheduled at 9:00 a.m., is **vacated and reset to July 11, 2013, at 9:30 a.m.**, for an evidentiary hearing on the pending defense motion to suppress.

It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 29, 2013 until July 11, 2013, for effective preparation of counsel. In addition, time is excluded pursuant to § 3161(h)(1)(D) based on the Court's consideration of the pending defense motion.

No further continuances will be granted.

DATED: May 24, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING
CR 12-0880 YGR