MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br>   v.   ) <br> ) <br> RODERICK MENDOZA-MAGGAY, ) <br> ) <br>   Defendant.   ) <br> _____ ) | No. CR 12-0880 YGR <br><br> **NOTICE &  ORDER OF DISMISSAL** |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment in the above action without prejudice.

DATED: August 23, 2013                    Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                _____/s/_____
                                                J. DOUGLAS WILSON
                                                Chief, Criminal Division

NOTICE OF DISMISSAL
CR  12-0880 YGR

## ORDER

Leave is granted to the government to dismiss the indictment, and the action is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: <u>August 23, 2013</u>

_____
HON. GONZALEZ-ROGERS
United States District Judge

NOTICE OF DISMISSAL
CR 12-0880 YGR